UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **JENNIFER R. PLATO,** | ) |
| | ) |
|         **PLAINTIFF** | ) |
| | ) |
| v. | )     CIVIL NO. 1:12-CV-319-DBH |
| | ) |
| **CAROLYN W. COLVIN,** ACTING | ) |
| COMMISSIONER OF SOCIAL SECURITY | ) |
| ADMINISTRATION, | ) |
| | ) |
|         **DEFENDANT** | ) |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On July 18, 2013, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The plaintiff filed her objection to the Magistrate Judge's Recommended Decision on August 12, 2013. Oral argument was held on September 23, 2013. I have reviewed and considered the Recommended Decision, together with the entire record. To the degree that it is not implicit in the Recommended Decision that the Magistrate Judge considered the new evidence cumulatively as well as separately, I find on *de novo* review that, considered cumulatively, the new evidence does not justify granting the plaintiff's motion to remand. I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's motion for remand is **DENIED** and the Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

**DATED THIS 24TH DAY OF SEPTEMBER, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**